McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Elaine L. Chao,
Secretary of Labor, United States
Department of Labor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>   Plaintiff,<br><br> v.<br><br>LOCAL 30, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>   Defendant. | Case No. 1:06-CV-01689 OWW TAG<br><br>CERTIFICATION OF ELECTION |

Pursuant to paragraph 4 of the Stipulation & Order of Settlement, filed July 31, 2007 (Doc. 15), Plaintiff Elaine L. Chao, Secretary of Labor, provides the attached Certification of Election and requests that the Court enter final judgment under the terms set forth in paragraph 4.

Respectfully submitted,

Dated:   August 4, 2008.

McGREGOR W. SCOTT
United States Attorney

By: _____
KIMBERLY A. GAAB
Assistant U.S. Attorney
Attorneys for Plaintiff

-1-

CERTIFICATION OF ELECTION

McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare Street
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Elaine L. Chao,
Secretary of Labor, United States
Department of Labor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,         ) ) ) | |
|         Plaintiff,   ) | Case No. 1:06-CV-01689 OWN TAG |
|         ) | |
|         v.   ) | CERTIFICATION OF ELECTION |
|         ) | |
| LOCAL 30, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,   ) ) | |
|         ) | |
|         Defendant.   ) | |

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation and Order of Settlement filed July 30, 2007, in the United States District Court for the Eastern District of California, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481, et seq.) and in conformity with the Constitution and General Rules of the defendant labor organization and the Constitution of the International

1

Longshore and Warehouse Union, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

Dave Liebengood                    President

Signed this ___18___ day of ___July___, 2008.

_Cynthia M. Downing_
Cynthia M. Downing
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

2