McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Elaine L. Chao,
Secretary of Labor, United States
Department of Labor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | Case No. 1:06-CV-01689 OWW TAG |
| | [PROPOSED] JUDGMENT |
| Plaintiff, | |
| v. | |
| LOCAL 30, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | |
| Defendant. | |

Having received and approved the Certification of Election filed by Plaintiff Elaine L. Chao, Secretary of Labor, on August 4, 2008, pursuant to paragraph 4 of the Stipulation & Order of Settlement, filed July 31, 2007 (Doc. 15), the Court enters final judgment under the terms set forth in paragraph 4 as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is entered declaring Dave Liebengood elected President of Local 30, International Longshore and Warehouse Union, as shown by the Certification of Election, to serve a two-year term

of office.  Each party shall bear its own fees and expenses incurred by such party in connection with any stage of this proceeding.

Dated:                                 _____
                                       OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT